UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER ALLEN CAIN,<br><br>               Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, et al.,<br><br>               Defendants. | NO: 2:16-CV-211-RMP<br><br>ORDER ADOPTING IN PART AND REJECTING IN PART AMENDED REPORT AND RECOMMENDATION |

      Magistrate Judge John T. Rodgers filed an Amended Report and Recommendation, ECF No. 9, recommending that this case be closed due to Plaintiff's failure to comply with the Court's Order Denying Renewed Application to Proceed In Forma Pauperis, ECF No. 6.

      On June 27, 2016, the Court ordered Plaintiff to either pay a filing fee or submit a proper application to proceed *in forma pauperis* within thirty days of the Order, and Plaintiff was required to show cause as to why he should be allowed to represent an estate pro se. *See generally* Order Denying Renewed Application to Proceed in Forma Pauperis, ECF No. 6. In response, Plaintiff filed a twenty-two

ORDER ADOPTING IN PART AND REJECTING IN PART AMENDED
REPORT AND RECOMMENDATION ~ 1

page document purporting to be an affidavit to remove a case from state court. *See* ECF No. 7. As Plaintiff did not comply with the Court's Order by paying a filing fee or timely submitting proper documentation to proceed *in forma pauperis*, Magistrate Judge Rodgers recommended that Plaintiff's case be dismissed. *See* Amended Report and Recommendation, ECF No. 9.

Plaintiff was provided fourteen days to object to the Amended Report and Recommendation. *See id*. Within that time period, Plaintiff filed a document labeled "Equitable Bond Deposit" in which he objected "to the denial of the notice of removal," but he does not articulate any specific legal objection to the Amended Report and Recommendation. *See* Equitable Bond Deposit, ECF No. 10. Therefore, the Court finds good cause to adopt the Amended Report and Recommendation, ECF No. 9, to the extent that it recommends denying Plaintiff's application to proceed *in forma pauperis*.

Following the expiration of the fourteen-day time period when Plaintiff could have objected to the Amended Report and Recommendation, Plaintiff submitted a letter, ECF No. 11, and a non-certified copy of a Prisoner Trust Fund Account Statement, ECF No. 12. These documents were filed after the expiration of the thirty-day period as ordered by the Court on June 27, 2016. However, due to Plaintiff's status as a pro se litigant, the Court will allow him another opportunity to renew his application to proceed *in forma pauperis*. If he wishes to do so, Plaintiff must comply with the requirements of 28 U.S.C. § 1915 and must submit

ORDER ADOPTING IN PART AND REJECTING IN PART AMENDED REPORT AND RECOMMENDATION ~ 2

a certified copy of his trust fund account to support a new application to proceed *in forma pauperis* as well as all other necessary papers to commence a legal action in federal court.

Federal courts have limited subject matter jurisdiction. If Plaintiff is attempting to remove a civil case from state court, he must clearly identify what case he is removing and what legal basis he has for bringing the case in federal court. Plaintiff must identify the state case that he seeks to remove, must file in federal court all of the documents from that state court matter, and must provide a basis for this Court's jurisdiction. *See generally* 28 U.S.C. § 1446. If Plaintiff is attempting to remove his criminal charges from state court to federal court, he would have to establish how the federal court has jurisdiction to hear his case.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Amended Report and Recommendation, **ECF No. 9**, is **ADOPTED IN PART AND REJECTED IN PART**. Plaintiff may file an amended application to proceed *in forma pauperis* with supporting documentation and an amended notice of removal with supporting documentation within thirty (30) days of this Order.

2. The initial Report and Recommendation, **ECF No. 8,** is **ADOPTED IN PART AND REJECTED IN PART**, consistent with this Order.

3. Plaintiff's Affidavit to Remove 16-1-013237 From State Court, **ECF No. 7**, is **DENIED** with leave to renew.

ORDER ADOPTING IN PART AND REJECTING IN PART AMENDED REPORT AND RECOMMENDATION ~ 3

1  The District Court Clerk is directed to enter this Order, to set a 30 day case
2  management deadline, and to provide copies to counsel and pro se Plaintiff.
3  **DATED** this 29th day of November 2016.

4

5  *s/ Rosanna Malouf Peterson*
   ROSANNA MALOUF PETERSON
   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

ORDER ADOPTING IN PART AND REJECTING IN PART AMENDED
REPORT AND RECOMMENDATION ~ 4