# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER ALLEN CAIN,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, et al.,<br><br>Defendants. | NO: 2:16-CV-211-RMP<br><br>ORDER DISMISSING CASE |

By Order filed November 29, 2016, the Court directed Plaintiff to file an amended application to proceed *in forma pauperis* with supporting documentation and an amended notice of removal. ECF No. 13. Plaintiff, a *pro se* prisoner, sought *in forma pauperis* status and to remove this matter to federal court. Plaintiff did not comply with the Court's directive and has filed nothing further in this action.

For the reasons set forth in the Court's prior Order, ECF No. 13, **IT IS ORDERED** the case is **DISMISSED with prejudice**.

The District Court Clerk is directed to enter this Order, enter judgment, provide copies to counsel and *pro se* Plaintiff, and **close this case.**

**DATED** September 29, 2017.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER ORDER DISMISSING COMPLAINT ~ 1